**Order filed November 23, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00458-CV
_____

**BOBBY B. DASH, Appellant**

**V.**

**KALPESH PRAVINBHAI PATEL, Appellee**

---

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2021-38955**

---

## ORDER

This is an appeal from an order denying appellant's application for a temporary injunction. The clerk's record does not contain a copy of the signed order denying injunctive relief, and the trial court's docket does not indicate such an order has been issued. Accordingly, the Harris County District Clerk is directed to file a supplemental clerk's record within **7 days** of the date of this order, containing a copy of the signed order denying the requested temporary injunction. If the case file does not contain the signed order, the district clerk is directed to file a supplemental

clerk's record containing a certified statement that the case file does not contain the signed order. If this court does not receive a copy of the signed order, this appeal will be subject to dismissal for lack of appellate jurisdiction.


PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Zimmerer and Wilson.